[No. 41278-7-I.    Division One.    June 1, 1999.]

PLUM CREEK TIMBER COMPANY, L.P., *Respondent*, v. W.E. HILLMAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-20887-6, Michael Hayden, J., entered September 5, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Cox, J.

[No. 41362-7-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN SIENUS EKKELKAMP, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00505-6, Linda C. Krese, J., entered September 12, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41384-8-I.    Division One.    June 1, 1999.]

*In the Matter of the Marriage of* ABERASH MELESE, *Appellant*, and EYASSU KEBEDE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-02208-3, Harriett M. Cody, J., entered January 22, 1999. *Reversed* by unpublished opinion per Agid, A.C.J., concurred in by Becker and Appelwick, JJ.

[No. 41685-5-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ARNOLD WOLF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00945-2, Richard M. Ishikawa, J., entered October 24, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.